IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DAVID LLOYD SHAFFER, | ) | No. C 13-01472 EJD (PR) |
| Plaintiff, | ) ) | ORDER OF DISMISSAL |
| v. | ) ) | |
| SIXTH DISTRICT APPELLATE PROGRAM, et al., | ) ) ) ) | |
| Defendants. | ) | |

On April 3, 2013, Plaintiff filed a complaint in pro se pursuant to 42 U.S.C. § 1983, along with an In Forma Pauperis ("IFP") Application. (Docket No. 2.) On the same day, the Clerk sent Plaintiff notice that his IFP application was insufficient because he had failed to submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison. (See Docket No. 3.) The notice included the warning that Plaintiff must respond within twenty-eight days to avoid dismissal of this action. (Id.)

The deadline has since passed, and Plaintiff has failed to respond. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

DATED: 5/22/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
01472Shaffer_dism-ifp.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID L. SHAFFER,

        Plaintiff,

  v.

SIXTH DISTRICT APPELLATE PROGRAM,
et al.,

        Defendants.
                                   /

Case Number: CV13-01472 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on   5/23/2013  , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Lloyd Shaffer F-86341
Valley State Prison
P.O. Box 92
Chowchilla, CA 93610

Dated:   5/23/2013

                                          Richard W. Wieking, Clerk
                                  /s/ By: Elizabeth Garcia, Deputy Clerk